Argued and submitted May 28, reversed and remanded July 2, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SCOTT LEE ATKINS,
aka Scotty Lee Atkins,
*Defendant-Appellant.*

Multnomah County Circuit Court
050633484; A131191

188 P3d 405

Anne Fujita Munsey, Senior Deputy Public Defender, argued the cause for appellant. With her on the briefs was Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Brewer, Chief Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Marroquin*, 215 Or App 330, 168 P3d 1246 (2007).